**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY & CO. LLC, | ) | |
| Plaintiffs, | ) | Civil Action No. 3:17-cv-00175-TAV-DCP |
| v. | ) | District Judge Thomas A. Varlan<br>Magistrate Judge Debra C. Poplin |
| JOHN S. VERBLE, | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Morgan Stanley Smith Barney LLC, and Morgan Stanley & Co. LLC, and Defendant John S. Verble, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily dismissed with prejudice, without costs or attorneys' fees.

DATE: December 4, 2019

/s/ Keith D. Frazier

Keith D. Frazier, TN #12413
OGLETREE DEAKINS
401 Commerce Street, Suite 1200
Nashville, TN 37219
Telephone: 615.254.1900
Facsimile: 615.254.1908
keith.frazier@ogletree.com

/s/ Richard Neely

Richard Neely (W. Va. State Bar # 2709)
NEELY & CALLAGHAN
159 Summers Street
Charleston, WV 25301-2134
Telephone: 304-343-6500
Facsimile: 304-343-6528
RNeely@NeelyCallaghan.com

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Schaffran, NY ID No. 028204*
101 Park Avenue
New York, NY 10178-0060
Telephone: 212.309.6000
Facsimile: 212.309.6001
andrew.schaffran@morganlewis.com

Sarah E. Bouchard, PA ID No. 77088*
W. John Lee, PA ID No. 13106*
1701 Market Street
Philadelphia, Pennsylvania 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
sarah.bouchard@morganlewis.com
john.lee@morganlewis.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

Jackie Sharp, Jr., Tenn. Board No. 031392
SHARP LAW, PC
1906 Glen Echo Road #158948
Nashville, Tennessee 37215
(615) 545-4744 (Phone)
(615) 964-7929 (Fax)
jes@jackiesharp.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 4th day of December, 2019, the foregoing Stipulation of Dismissal with Prejudice was filed electronically with the Clerk of the Court and served upon the following counsel of record via electronic mail:

Richard Neely
NEELY & CALLAGHAN
159 Summers Street
Charleston, WV 25301-2134
RNeely@NeelyCallaghan.com

Jackie Sharp, Jr.
SHARP LAW, P.C.
1906 Glen Echo Road #158948
Nashville, TN 37215
jes@jackiesharp.com

*/s/ Keith D. Frazier*

40999355.1